```
1   THE CRIMINAL DEFENSE GROUP
    Eric Chase, SBN 148030
2   4181 Sunswept Drive, Ste. 100
    Studio City, CA 91604
3   Telephone (818) 487-7400
    Fax (818) 487-7414
4
    Attorneys for Defendant,
5   JAMES DOMBECK
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 2:11-cr-00251-GEB-1 |
| Plaintiff, | |
| v. | **(PROPOSED) ORDER TO CONTINUE** |
| JAMES DOMBECK | |
| Defendant. | |

Based on the reasons stated in the Stipulation of the parties, and good cause appearing therefore, IT IS HEREBY ORDERED that the status conference of this matter, presently set for October 14, 2011, be continued to November 18, 2011.

DATED: October 14, 2011

GARLAND E. BURRELL, JR.
United States District Judge

-1-