THE CRIMINAL DEFENSE GROUP
Eric Chase, SBN 148030
4181 Sunswept Drive, Ste. 100
Studio City, CA 91604
Telephone (818) 487-7400
Fax (818) 487-7414

Attorneys for Defendant,
JAMES DOMBECK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 2:11-cr-00251-GEB-1 |
| Plaintiff, | |
| v. | **(PROPOSED) ORDER TO CONTINUE** |
| JAMES DOMBECK | |
| Defendant. | |

Upon the Stipulation of the parties, and good cause appearing therefore, IT IS HEREBY ORDERED that the status conference of this matter, presently set for January 13, 2012, be continued to March 30, 2012.

**Date: 1/10/2012**

_____
GARLAND E. BURRELL, JR.
United States District Judge

-1-