THE CRIMINAL DEFENSE GROUP
Eric Chase, SBN 148030
4181 Sunswept Drive, Ste. 100
Studio City, CA 91604
Telephone (818) 487-7400
Fax (818) 487-7414

Attorneys for Defendant,
JAMES DOMBECK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 2:11-cr-00251-GEB-1 |
| Plaintiff, | |
| v. | **ORDER TO CONTINUE** |
| JAMES DOMBECK, | |
| Defendant. | |

Upon the Stipulation of the parties filed May 16, 2012, and good cause appearing therefore, IT IS HEREBY ORDERED that the status conference of this matter, presently set for May 18, 2012, is continued to June 15, 2012, commencing at 9:00 a.m.

**Date: 5/16/2012**

_____
GARLAND E. BURRELL, JR.
United States District Judge

-1-