BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-00251 GEB |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING FROM AUGUST 31, 2012, TO OCTOBER 19, 2012** |
| JAMES DOMBECK, | |
| Defendant. | |

The parties request that the judgment and sentencing currently set for August 31, 2012, at 9:00 a.m., be continued to October 19, 2012, at 9:00 a.m. This continuance is necessary due to the unavailability of government counsel and the need to allow for the completion of the presentence report.

///

///

///

///

///

///

The following Presentence Report disclosure schedule will apply:

| | **Old Date** | **New Date** |
|---|---|---|
| Proposed PSR to Counsel | July 20, 2012 | September 7, 2012 |
| Informal Objections | August 3, 2012 | September 21, 2012 |
| Response to Informal Objections and PSR Filed with the Court | August 10, 2012 | September 28, 2012 |
| Formal Objections / Motion for Correction of PSR | August 17, 2012 | October 5, 2012 |
| Reply or Statement of Non-Opposition | August 24, 2012 | October 12, 2012 |
| Judgment and Sentencing | August 31, 2012 | October 19, 2012 |

Dated: August 9, 2012          Respectfully Submitted,

                               BENJAMIN B. WAGNER
                               United States Attorney

                         By:   */s/ Kyle Reardon*
                               KYLE REARDON
                               Assistant U.S. Attorney

Dated: August 9, 2012          */s/ Kyle Reardon* for
                               ERIC CHASE
                               Attorney for James Dombeck

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>  Plaintiff,<br><br>v.<br><br>JAMES DOMBECK,<br><br>  Defendant. | CASE NO. 2:11-CR-00251 GEB<br><br>**ORDER CONTINUING JUDGMENT AND SENTENCING FROM AUGUST 31, 2012, TO OCTOBER 19, 2012** |

The parties' stipulation and proposed schedule is approved and so ordered. The judgment and sentencing currently set for August 31, 2012, at 9:00 a.m., is continued to October 19, 2012.

**Date: 8/9/2012**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge