BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO.  2:11-CR-00251 GEB |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **STIPULATION AND [PROPOSED] ORDER** |
| | ) **CONTINUING JUDGMENT AND SENTENCING** |
| JAMES DOMBECK, | ) **FROM OCTOBER 19, 2012, TO NOVEMBER** |
| | ) **16, 2012** |
| Defendant. | ) |
| | ) |
| | ) |

The parties request that the judgment and sentencing currently set for October 19, 2012, at 9:00 a.m., be continued to November 16, 2012, at 9:00 a.m.  This continuance is necessary in order to allow the parties to adequately review the presentence report and prepare for judgment and sentencing.

///

///

///

///

///

///

The following Presentence Report disclosure schedule will apply:

|  | Old Date | New Date |
|---|---|---|
| Proposed PSR to Counsel | September 7, 2012 | October 5, 2012 |
| Informal Objections | September 21, 2012 | October 19, 2012 |
| Response to Informal Objections and PSR Filed with the Court | September 28, 2012 | October 26, 2012 |
| Formal Objections / Motion for Correction of PSR | October 5, 2012 | November 2, 2012 |
| Reply or Statement of Non-Opposition | October 12, 2012 | November 9, 2012 |
| Judgment and Sentencing | October 19, 2012 | November 16, 2012 |

Dated: September 26, 2012          Respectfully Submitted,

                                   BENJAMIN B. WAGNER
                                   United States Attorney

                              By:  */s/ Kyle Reardon*
                                   KYLE REARDON
                                   Assistant U.S. Attorney

Dated: September 26, 2012          */s/ Kyle Reardon* for
                                   ERIC CHASE
                                   Attorney for James Dombeck

Stipulation and Proposed Order
United States v. Dombeck
2:11-CR-00251 GEB

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES, | ) | CASE NO.  2:11-CR-00251 GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | **[PROPOSED]** |
| v. | ) | **ORDER CONTINUING JUDGMENT AND** |
| | ) | **SENTENCING FROM OCTOBER 19, 2012,** |
| JAMES DOMBECK, | ) | **TO NOVEMBER 16, 2012** |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

     The parties' stipulation and proposed schedule is approved and so ordered.  The judgment and sentencing currently set for October 19, 2012, at 9:00 a.m., is continued to November 16, 2012.

**Date:  9/28/2012**


_____
GARLAND E. BURRELL, JR.
Senior United States District Judge